FILED
2013 Jul-02 PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**ACORD**

# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

OP ID: C1
DATE (MM/DD/YYYY): 2/24/2010

**AGENCY:** Clark Associates Inc.
2229 Rocky Ridge Rd.
Birmingham, AL 35216
R. R. "Dink" Glasscock

**CARRIER:** EMC Insurance Co.
**NAIC CODE:**
**UNDERWRITER:**
**UNDERWRITER OFF.:**

**POLICIES OR PROGRAM REQUESTED**
**POLICY NUMBER:** 2X7437000

**PHONE (A/C, No, Ext):** 205-823-2300
**FAX (A/C, No):** 205-822-0241
**E-MAIL ADDRESS:**
**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID:** PWALD-1

**INDICATE SECTIONS ATTACHED:**
- X PROPERTY
- GLASS AND SIGN
- X ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- X CRIME/MISCELLANEOUS CRIME
- X TRANSPORTATION/MOTOR TRUCK CARGO
- X EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- X ELECTRONIC DATA PROC
- X COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

## STATUS OF TRANSACTION
- X QUOTE
- ISSUE POLICY
- RENEW
- BOUND (Give Date and/or Attach Copy)
- CHANGE  DATE  TIME
- CANCEL

## PACKAGE POLICY INFORMATION
ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

**PROPOSED EFF DATE:** 08/01/10
**PROPOSED EXP DATE:** 08/01/11
**BILLING PLAN:** DIRECT BILL / X AGENCY BILL
**PAYMENT PLAN:** IN FULL
**AUDIT:**

## APPLICANT INFORMATION
**NAME (First Named Insured & Other Named Insureds):**
Piggly Wiggly Alabama Distributing Company Inc.

**MAILING ADDRESS INCL ZIP+4 (of First Named Insured):**
P O Box 2400
Bessemer, AL 35021

**FEIN OR SOC SEC # (of First Named Insured):**
**PHONE (A/C, No, Ext):**
**E-MAIL ADDRESS(ES):**
**WEBSITE ADDRESS(ES):**

- INDIVIDUAL
- X CORPORATION
- SUBCHAPTER "S" CORPORATION
- PARTNERSHIP
- JOINT VENTURE
- NOT FOR PROFIT ORG
- LLC NO. OF MEMBERS AND MANAGERS
- OR BUREAU NAME
- ID NUMBER
- DATE BUS STARTED

**INSPECTION CONTACT:** Bobby Martin
**PHONE (A/C, No, Ext):** 205-481-2300
**E-MAIL ADDRESS:**

**ACCOUNTING RECORDS CONTACT:** Bobby Martin
**PHONE (A/C, No, Ext):** 205-481-2300
**E-MAIL ADDRESS:**

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2400 J Terrell Wooten Drive, Bessemer AL 35020, Jefferson | X INSIDE / OUTSIDE | X OWNER / TENANT | 1988 | | | |
| 2 | 1 | 3416 Ambrose Avenue, Nashville TN, Madison | X INSIDE / OUTSIDE | X OWNER / TENANT | | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

| | | |
|---|---|---|
| 1 | 1 | Large Grocery Warehouse - State of the art new modern warehouse designed by insurance company specifications when built in 1988 - sprinklered bldg |
| 2 | 1 | Large Grocery Warehouse |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | X | |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X |
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | X |
| 12. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA, OR US PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES? (If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 815 for Property Exposure) | | X |

**BUSINESS TYPE OTHER DESCRIPTION:**

**REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required):**
Large Addition to Building building completed 2001

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (Not applicable in CO, IL, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

**APPLICANT'S SIGNATURE:** [signed] UP
**DATE:** 12-14-10
**PRODUCER'S SIGNATURE:** R. R. "Dink" Glasscock
**NATIONAL PRODUCER NUMBER:**

ACORD 125 (2005/05)    PLEASE COMPLETE REVERSE SIDE    © ACORD CORPORATION 1993-2005

PRIOR CARRIER INFORMATION                                                                         PWALD-1    OP ID: C1

| LINE | CATEGORY | 2008/2009 | | 2007/2008 | | 2005/2006 | | 2006/2007 | | 2009/2010 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CARRIER | EMC | | EMC Insurance | | EMC Insurance | | EMC Insurance | | EMC | |
| | POLICY NUMBER | 2X7437004 | | 2X7437003 | | 2X7437006 | | 2X7437007 | | | |
| | POLICY TYPE | CLAIMS MADE | X OCCURRENCE | CLAIMS MADE | X OCCURRENCE | CLAIMS MADE | X OCCURRENCE | CLAIMS MADE | X OCCURRENCE | CLAIMS MADE | OCCURRENCE |
| | RETRO DATE | | | | | | | | | | |
| GENERAL COMMERCIAL LIABILITY | EFF-EXP DATE | 08/01/08 | 08/01/09 | 08/01/07 | 08/01/08 | 08/01/05 | 08/01/06 | 08/01/06 | 08/01/07 | 08/01/09 | 08/01/10 |
| | GENERAL AGGREGATE | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 | |
| | PRODUCTS COMP OP AGGREGATE | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 | | 2,000,000 | |
| | PERSONAL & ADV INJ | 1,000,000 | | 1,000,000 | | 1,000,000 | | 1,000,000 | | 1,000,000 | |
| | EACH OCCURRENCE | 1,000,000 | | 1,000,000 | | 1,000,000 | | 1,000,000 | | 1,000,000 | |
| | FIRE DAMAGE | 100,000 | | 100,000 | | 1,000,000 | | 100,000 | | 1,000,000 | |
| | MEDICAL EXPENSE | 15,000 | | 15,000 | | 15,000 | | 15,000 | | 5,000 | |
| | BODILY INJURY OCCURRENCE | | | | | | | | | | |
| | BODILY INJURY AGGREGATE | | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | |
| | PROPERTY DAMAGE AGGREGATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | 1,000,000 | | 1,000,000 | | | | | | 1,000,000 | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | 65,643.00 | | 57,716.00 | | 59,900.00 | | 57,066.00 | | | |
| | CARRIER | EMC | | EMC Insurance | | CNA Insurance | | EMC Insurance | | EMC | |
| | POLICY NUMBER | 2X7437004 | | 207437003 | | 2X7437006 | | 2X7437007 | | | |
| AUTOMOBILE LIABILITY | POLICY TYPE | AUTOMOBILE | | COMM AUTO | | | | | | AUTO | |
| | EFF-EXP DATE | 08/01/08 | 08/01/09 | 08/01/02 | 08/01/03 | 08/01/05 | 08/01/06 | 08/01/06 | 08/01/07 | 08/01/09 | 08/01/10 |
| | COMBINED SINGLE LIMIT | 1,000,000 | | 1,000,000 | | 1,000,000 | | 1,000,000 | | 1,000,000 | |
| | BODILY INJURY EA PERSON | | | | | | | | | | |
| | BODILY INJURY EA ACCIDENT | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | 391,534.00 | | 428,566.00 | | 423,660.00 | | 262,000.00 | | | |
| | CARRIER | EMC | | EMC Insurance | | EMC Insurance | | EMC Insurance | | EMC | |
| | POLICY NUMBER | 2X7437004 | | 2X7437003 | | 2X7437006 | | 2X7437007 | | | |
| PROPERTY | POLICY TYPE | PROP/IM | | PROP/IM | | PROP/IM | | PROP/INL M | | | |
| | EFF-EXP DATE | 08/01/08 | 08/01/09 | 08/01/07 | 08/01/08 | 08/01/05 | 08/01/06 | 08/01/06 | 08/01/07 | 08/01/09 | 08/01/10 |
| | X BUILDING AMT | | | | X | | X | | X | | X |
| | X PERS PROP AMT | | | | X | | X | | X | | X |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | 122,081.00 | | 112,572.00 | | 116,943.00 | | 119,631.00 | | | |
| | CARRIER | Zurich | | Zurich | | Zurich | | Zurich | | Zurich Insuranc | |
| | POLICY NUMBER | 930554600 | | AUC9305546 05 | | AUC930554603 | | AUC930554604 | | | |
| | POLICY TYPE | UMBRELLA | | UMBRELLA | | UMBRELLA | | UMBRELLA | | UMBRELLA | |
| | EFF-EXP DATE | 08/01/08 | 08/01/09 | 08/01/07 | 08/01/08 | 08/01/05 | 08/01/06 | 08/01/06 | 08/01/07 | 08/01/09 | 08/01/10 |
| | LIMIT | 30,000,000 | | 20,000,000 | | 30,000,000 | | 30,000,000 | | 25,000,000 | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | 165,000.00 | | 163,923.00 | | 163,822.00 | | 164,529.00 | | | |

LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)     CHK HERE IF NONE [ ]    X SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS OPEN/CLSD |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

REMARKS   NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY     ATTACHMENTS

[ ] STATE SUPPLEMENT(S) (if applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2005/06)

PWALD-1   OP ID: C1   PAGE 1   OF 1

## ADDITIONAL PREMISES INFORMATION

**LOC # 3    BUILDING # 1**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| 233 Highway 49 South<br>Byron GA 31008<br>Peach | X INSIDE<br>OUTSIDE | X OWNER<br>TENANT | 2008 | | | 100 |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS: Large Grocery Store - Lessors Risk Only

**LOC #    BUILDING #**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

**LOC #    BUILDING #**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

**LOC #    BUILDING #**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

**LOC #    BUILDING #**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

**LOC #    BUILDING #**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

**LOC #    BUILDING #**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

**LOC #    BUILDING #**

| STREET, CITY, COUNTY, STATE, ZIP CODE | CITY LIMITS | INTEREST | YR BUILT | EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|
| | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

APPLIED 126API (2005/06)