FILED
2013 Jul-02  PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

# ACORD COMMERCIAL GENERAL LIABILITY SECTION

OP ID: C1

DATE (MM/DD/YYYY) 2/24/2010

| AGENCY | PHONE (A/C, No, Ext): 205-823-2300 |
| | FAX (A/C, No): 205-822-0241 |

Clark Associates Inc.
2229 Rocky Ridge Rd.

Birmingham, AL 35216

| CODE: | SUB CODE: |

AGENCY CUSTOMER ID: PWALD-1

APPLICANT (First Named Insured): Piggly Wiggly Alabama

| EFFECTIVE DATE | EXPIRATION DATE | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 08/01/10 | 08/01/11 | X AGENCY BILL | MONTHLY | |

FOR COMPANY USE ONLY

## COVERAGES

| | | |
|---|---|---|
| X | COMMERCIAL GENERAL LIABILITY | |
| | CLAIMS MADE   X OCCURRENCE | |
| | OWNER'S & CONTRACTOR'S PROTECTIVE | |
| X | Fellow Employee Liab | |

### DEDUCTIBLES

| PROPERTY DAMAGE | $ |
| BODILY INJURY | $ PER CLAIM |
| | $ PER OCCURRENCE |

## LIMITS

| | | |
|---|---|---|
| GENERAL AGGREGATE | $ | 2,000,000 |
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ | 2,000,000 |
| PERSONAL & ADVERTISING INJURY | $ | 1,000,000 |
| EACH OCCURRENCE | $ | 1,000,000 |
| DAMAGE TO RENTED PREMISES (each occurrence) | $ | 1,000,000 |
| MEDICAL EXPENSE (Any one person) | $ | 5,000 |
| EMPLOYEE BENEFITS | $ | 1,000,000 |

### PREMIUMS

| | |
|---|---|
| PREMISES/OPERATIONS | $ |
| PRODUCTS | $ |
| OTHER | $ |
| TOTAL | $ |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the applicable state Business Auto Section, ACORD 137)

## SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 1 | Grocery Distribution WarehouseOperation | 12150 | S | 825000000 | 003 | | | | |
| 1 1 | Vacant Land | 49451 | U | 2.230 | 003 | | | | |
| 1 1 | Coverage for injury to co-employees and/or your other volunteer workers | 87654 | U | 250 | 003 | | | | |
| 3 1 | Building or Premises - Lessors Risk | 61217 | A | 12500 | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES
(P) PAYROLL - PER $1,000/PAY
(A) AREA - PER 1,000/SQ FT
(C) TOTAL COST - PER $1,000/COST
(M) ADMISSIONS - PER 1,000/ADM
(U) UNIT - PER UNIT
(T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

| | YES | NO |
|---|---|---|
| 1. PROPOSED RETROACTIVE DATE: | | |
| 2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV: | | |
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | | |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | |

REMARKS

## EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM: $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS

ACORD 126 (2004/03)        PLEASE COMPLETE REVERSE SIDE        © ACORD CORPORATION 1993

**CONTRACTORS**                                                                 PWALD-1    OP ID: C1

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF: |
|---|---|---|---|---|
| | | | | |

**PRODUCTS/COMPLETED OPERATIONS**

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET U | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | X | |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

**ADDITIONAL INTEREST/CERTIFICATE RECIPIENT** | ACORD 45 attached for additional names

| INTEREST | RANK: 001 | NAME AND ADDRESS | REFERENCE #: | X | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | | Harmon Associates Corporation Linda Okada Two Jericho Plaza Jericho, NY 11753-1681 | | | | LOCATION: 1 | BUILDING: |
| X | LOSS PAYEE | | | | | VEHICLE: | BOAT: |
| | MORTGAGEE | | | | | SCHEDULED ITEM NUMBER: | |
| | LIENHOLDER | | | | | OTHER | |
| | EMPLOYEE AS LESSOR | | | | | | |

ITEM DESCRIPTION:

**GENERAL INFORMATION**

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | X | | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | X | |
| | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | X | | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | X | |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY:SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

ACORD 126 (2004/03)                    ATTACH TO APPLICANT INFORMATION SECTION

| NOTEPAD: | INSURED'S NAME | Piggly Wiggly Alabama | PAGE 1 |
| --- | --- | --- | --- |
| | OP ID: C1 | | DATE 2/24/2010 |

Data Removed From GL Simp. App. During 6.2 Update 04/21/00

'Other' Coverage information:
Fellow Employee Liability $1,000,000 Limit

Prm 001 Bld   1 PR App Data Removed During 6.2 Update 04/21/00

'Premises Info Cov' information:

Prm 001 Bld 001 PR App Data Removed During 6.2 Update 04/21/00

'Premises Info Cov' information: