FILED
 2013 Jul-02  PM 04:36
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# EXHIBIT D

# ACORD UMBRELLA / EXCESS SECTION

OP ID: C1
DATE (MM/DD/YYYY): 2/24/2010

**AGENCY**
PHONE (A/C, No, Ext): 205-823-2300
FAX (A/C, No): 205-822-0241
Clark Associates Inc.
2229 Rocky Ridge Rd.
Birmingham, AL 35216
R. R. "Dink" Glasscock

CODE:  SUBCODE:
AGENCY CUSTOMER ID: PWALD-1

**APPLICANT** (First Named Insured): Piggly Wiggly Alabama

EFFECTIVE DATE: 08/01/10
EXPIRATION DATE: 08/01/11
DIRECT BILL / X AGENCY BILL
PAYMENT PLAN:
AUDIT:

FOR COMPANY USE ONLY

## POLICY INFORMATION

| TRANSACTION TYPE | | | | LIMIT OF LIABILITY | RETAINED LIMIT |
|---|---|---|---|---|---|
| NEW | X UMBRELLA | X OCCURRENCE | RETROACTIVE DATE | $ 30,000,000 EACH OCCURRENCE | $ |
| X RENEWAL | EXCESS | CLAIMS MADE | PROPOSED / CURRENT | $ 30,000,000 | |
| EXPIRING POL #: AUC9305546-06 | | | | $ | FIRST DOLLAR DEFENSE  X YES   NO |

## PRIMARY LOCATION & SUBSIDIARIES (ACORD 125)

| # | NAME AND LOCATION OF PRIMARY AND ALL SUBSIDIARY COMPANIES (Describe Operations) | ANNUAL PAYROLL | ANN GROSS SALES | FOREIGN GROSS SALES | # EMPL |
|---|---|---|---|---|---|
| | | 19,008,750 | 795,000,000 | | 611 |

## UNDERLYING INSURANCE

LIST ALL LIABILITY/COMPENSATION POLICIES IN FORCE TO APPLY AS UNDERLYING INSURANCE

| TYPE | CARRIER/POLICY NUMBER | POLICY EFF DATE | POLICY EXP DATE | LIMITS | | ANNUAL RENEWAL PREMIUM | RATING MOD |
|---|---|---|---|---|---|---|---|
| AUTOMOBILE LIABILITY | EMC #2E7437009 Power Units Onl | 08/01/09 | 08/01/10 | CSL EA. ACC. BI EA. ACC. BI EA. PER. PD EA. ACC. | $ 1,000,000 $ $ $ | $ $ $ $ | |
| GENERAL LIABILITY POLICY TYPE X OCCUR CLAIMS MADE | EMC Renewal 2K7437009 | 08/01/09 | 08/01/10 | EACH OCCURRENCE GENERAL AGGR PROD & COMP OPS AGGREGATE PERSONAL & ADV INJURY DAMAGE TO RENTED PREMISES MEDICAL EXPENSE | $ 1,000,000 $ 2,000,000 $ 2,000,000 $ 1,000,000 $ 1,000,000 $ 15,000 | PREM/OPS $ PRODUCTS $ Included OTHER $ | |
| EMPLOYERS LIABILITY | SELF INS-$350,0 EWC006989 | 08/01/08 | 08/01/09 | EACH ACCIDENT DISEASE EACH EMPLOYEE DISEASE POLICY LIMIT | $ 1,000,000 $ 1,000,000 $ 1,000,000 | $ 51,577.00 | |
| Other | D&O EPLI Fid ACE/So Cross | 08/01/08 | 08/01/09 | | 5,000,000 | 26,700.00 | |

UNDERLYING GENERAL LIABILITY INFORMATION (Explain all "YES" responses)

1. ARE DEFENSE COSTS:  WITHIN AGGREGATE LIMITS?  A SEPARATE LIMIT?  X UNLIMITED?
2. INDICATE THE EDITION DATE OF THE ISO SIMPLIFIED FORM OR SIMILAR FILING FOR THE UNDERLYING COVERAGE:  07/01/98
3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF INSURED FROM ANY PREVIOUS COVERAGE?  YES  X NO
4. FOR CLAIMS MADE, INDICATE RETROACTIVE DATE OF CURRENT UNDERLYING POLICY:
5. FOR CLAIMS MADE, INDICATE ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COVERAGE:
6. FOR CLAIMS MADE, WAS "TAIL" COVERAGE PURCHASED FOR ANY PREVIOUS PRIMARY OR EXCESS POLICY?  YES, EFF. DATE:    NO

CHECK ALL COVERAGES IN UNDERLYING POLICIES. ALSO CHECK IF ANY EXPOSURES ARE PRESENT FOR EACH COVERAGE. PROVIDE AN EXPLANATION. EXPLAIN IF DIFFERENT LIMITS, EXTENSIONS, OR EXCLUSIONS. EXPLAIN ANY SPECIAL COVERAGES BEYOND STANDARD FORMS. EXPLAIN ALL EXPOSURES.

| CHECK IF APPROPRIATE | COVERAGE | EXPOSURE | COVERAGE | EXPOSURE |
|---|---|---|---|---|
| X ANY AUTO (SYMBOL 1) | CARE, CUSTODY, CONTROL | | PROFESSIONAL LIABILITY (E&O) | |
| CGL - CLAIMS MADE | X EMPLOYEE BENEFIT LIABILITY | X | VENDORS LIABILITY | |
| X CGL - OCCURRENCE | FOREIGN LIABILITY/TRAVEL | | WATERCRAFT LIABILITY | |
| COVERAGE  EXPOSURE | GARAGEKEEPERS LIABILITY | X | FELLOW EMPL | X |
| AIRCRAFT LIABILITY | X INCIDENTAL MEDICAL MALPRACTICE | X | | |
| AIRCRAFT PASSENGER LIABILITY | LIQUOR LIABILITY | | | |
| ADDITIONAL INTERESTS | POLLUTION LIABILITY | | | |

UNDERLYING INSURANCE COVERAGE INFORMATION (INCLUDE ALL RESTRICTIONS; E.G. LASER ENDORSEMENTS, DISCRIMINATION, SUBROGATION WAIVERS, OR EXTENSIONS OF COVERAGE - ATTACH SEPARATE SHEET IF NECESSARY)

PREVIOUS EXPERIENCE: (GIVE DETAILS OF ALL LIABILITY CLAIMS EXCEEDING $10,000 OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS, DURING THE PAST 5 YEARS, WHETHER INSURED OR NOT. SPECIFY DATE, COVERAGE, DESCRIPTION, AMOUNT PAID, AMOUNT OUTSTANDING - ATTACH SEPARATE SHEET IF NECESSARY)
See attached Summary - details of all losses over $50,000 in past 5 years

NO SUCH CLAIMS

ACORD 131 (2004/07)    ATTACH TO ACORD 125 AND ACORD 126    © ACORD CORPORATION 1991-2004

| CARE, CUSTODY, CONTROL | | | | | | | | | PWALD-1 | OP ID: C1 |
|---|---|---|---|---|---|---|---|---|---|---|
| LOC | PROPERTY TYPE | VALUE | A* | B* | C* | D* | SQ FT OF BLDG OCC | | OCCUPANCY / DESCRIPTION OF PERSONAL PROPERTY | |
| | REAL | | | | | | | | | |
| | PERSONAL | | | | | | | | | |

*APPLICANT: [A] IS HELD HARMLESS IN THE LEASE, [B] HAS A WAIVER OF SUBROGATION, [C] IS A NAMED INSURED IN THE FIRE POLICY, [D] OTHER (specify)

## ADDITIONAL EXPOSURES

| EXPLAIN ALL "YES" RESPONSES, PROVIDE OTHER INFORMATION REQUIRED | YES | NO | EXPLAIN ALL "YES" RESPONSES, PROVIDE OTHER INFORMATION REQUIRED | YES | NO |
|---|---|---|---|---|---|
| **ADVERTISERS LIABILITY** | | | **POLLUTION LIABILITY**  EPA#: | | |
| 1. MEDIA USED: TV - Newpapers etc  ANNUAL COST: $ | | | 20. DO CURRENT OR PAST PRODUCTS, OR THEIR COMPONENTS, CONTAIN HAZARDOUS MATERIALS THAT MAY REQUIRE SPECIAL DISPOSAL METHODS? | | |
| 2. ARE SERVICES OF AN ADVERTISING AGENCY USED? | | X | | | |
| 3. ANY COVERAGE PROVIDED UNDER AGENCY'S POLICY? | | X | 21. INDICATE THE COVERAGES CARRIED: | | |
| **AIRCRAFT LIABILITY** | | | X  GL WITH STANDARD ISO POLLUTION EXCLUSION | | |
| 4. DOES APPLICANT OWN/LEASE/OPERATE AIRCRAFT? | | X | GL WITH STANDARD SUDDEN & ACCIDENTAL ONLY | | |
| **AUTO LIABILITY** | | | GL WITH POLLUTION COVERAGE ENDORSEMENT | | |
| 5. ARE EXPLOSIVES, CAUSTICS, FLAMMABLES OR OTHER DANGEROUS CARGO HAULED? | | X | SEPARATE POLLUTION COVERAGE | | |
| 6. ARE PASSENGERS CARRIED FOR A FEE? | | X | **PRODUCT LIABILITY** | | |
| 7. ANY UNITS NOT INSURED BY UNDERLYING POLICIES? | | X | 22. ARE MISSILES, ENGINES, GUIDANCE SYSTEMS, FRAMES OR ANY OTHER PRODUCT USED / INSTALLED IN AIRCRAFT? | | X |
| 8. ARE ANY VEHICLES LEASED OR RENTED TO OTHERS? | | X | 23. ARE FOREIGN PRODUCTS DISTRIBUTED IN U.S.? | | X |
| 9. ARE HIRED AND NON/OWNED COVERAGES PROVIDED? | X | | 24. ARE U.S. PRODUCTS SOLD/DISTRIB'D IN FOREIGN COUNTRIES? | | X |
| **CONTRACTORS LIABILITY** | | | 25. PRODUCT LIABILITY LOSS IN PAST 3 YEARS? (SPECIFY) | | X |
| 10. IS BRIDGE, DAM, OR MARINE WORK PERFORMED? | | X | 26. GROSS SALES FROM EACH OF LAST 3 YEARS: $690,000,000    $650,000,000    $650,000,000 | | |
| 11. DESCRIBE TYPICAL JOBS PERFORMED (ATTACH SEPARATE SHEETS): | | | | | |
| | | | **PROTECTIVE LIABILITY** | | |
| 12. DESCRIBE AGREEMENT (ATTACH SEPARATE SHEETS): | | | 27. DESCRIBE INDEPENDENT CONTRACTORS (ATTACH SEPARATE SHEETS): | | |
| 13. DOES APPLICANT OWN, RENT, OR OTHERWISE USE CRANES? | | X | | | |
| 14. DO SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN APPLICANT? | | X | **WATERCRAFT LIABILITY** | | |
| **EMPLOYERS LIABILITY** | | | 28. DOES APPLICANT OWN OR LEASE WATERCRAFT? | | |
| 15. IS APPLICANT SELF-INSURED IN ANY STATE? | | X | # OWNED    LENGTH    HORSEPOWER | | |
| 16. SUBJECT TO:  JONES ACT  FELA  STOP GAP  OTHER: | | | | | |
| **INCIDENTAL MALPRACTICE LIABILITY** | | | **APARTMENTS / CONDOMINIUMS / HOTELS / MOTELS** | | |
| 17. IS A HOSPITAL OR FIRST AID FACILITY MAINTAINED? | | X | # STORIES  # UNITS  # SWIMMING POOLS  # DIVING BOARDS | | |
| 18. ARE COVERAGES PROVIDED FOR DOCTORS / NURSES? | | X | | | |
| 19. INDICATE # OF DOCTORS:    NURSES: 1    BEDS: | | | | | |

### REMARKS / VEHICLES

167 Trailers
***PLEASE NOTE THAT 10 TRACTORS SIT ON LOT AT ALL TIMES AND ARE USED AS REPLACEMENT UNITS - IE A TRACTOR HAS MECHANICAL DIFFICULTIES THEY WILL SWAP WITH ONE ON LOT - AT ANY ONE TIME ONLY 88 TRACTORS WILL BE IN USE.

| TYPE | | # OWNED | # NON-OWNED | # LEASED | PROPERTY HAULED | 0-50 MI | 50-200 MI | OVER 200 MI |
|---|---|---|---|---|---|---|---|---|
| PRIVATE PASSENGER | | 49 | | | | X | | |
| TRUCKS | LIGHT | 2 | | | | X | | |
| | MEDIUM | | | | | | | |
| | HEAVY | | | | | | | |
| | EX. HEAVY | | | | | | | |
| TRUCKS/ TRACTORS | HEAVY | | | | | | | |
| | EX. HEAVY | 98 | | | | | X | X |
| BUSES | | | | | | | | |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA insurance benefits may also be denied).

APPLICABLE ONLY IN INDIANA, LOUISIANA AND NEW HAMPSHIRE:    OTHER STATE:
IF THE COMPANY TO WHICH I AM APPLYING OFFERS UNINSURED MOTORISTS (UM) [AND UNDERINSURED MOTORISTS (UIM) IN INDIANA] COVERAGE IN MY STATE, I ACKNOWLEDGE THAT (UM) [AND UIM IN INDIANA] COVERAGE HAS BEEN EXPLAINED TO ME, AND I HAVE BEEN OFFERED THE OPTION OF SELECTING UM OR UIM (IN) LIMITS EQUAL TO MY LIABILITY LIMITS, UM OR UIM (IN) LIMITS LOWER THAN MY LIABILITY LIMITS, OR TO REJECT UM OR UIM (IN) COVERAGE ENTIRELY.

1. I SELECT UM LIMITS INDICATED ON THIS APPLICATION. ___ (INITIALS)  OR  2. I REJECT UM COVERAGE IN ITS ENTIRETY. ___ (INITIALS)

APPLICABLE ONLY IN INDIANA:
1. I SELECT UIM LIMITS INDICATED ON THIS APPLICATION. ___ (INITIALS)  OR  2. I REJECT UIM COVERAGE IN ITS ENTIRETY. ___ (INITIALS)

APPLICABLE ONLY IN VERMONT: IF THE COMPANY TO WHICH I AM APPLYING OFFERS UM COVERAGE, I ACKNOWLEDGE THAT I HAVE BEEN OFFERED UM COVERAGE EQUAL TO MY LIABILITY LIMITS. I HAVE SELECTED THE LIMITS INDICATED IN THIS APPLICATION.

IMPORTANT - THE STATEMENTS (ANSWERS) GIVEN ABOVE ARE TRUE AND ACCURATE. THE APPLICANT HAS NOT WILLFULLY CONCEALED OR MISREPRESENTED ANY MATERIAL FACT OR CIRCUMSTANCE CONCERNING THIS APPLICATION. THIS APPLICATION DOES NOT CONSTITUTE A BINDER.

APPLICANT'S SIGNATURE   X _Baby Mart_  VP    DATE 12-14-10

ACORD 131 (2004/07)