FILED
2013 Jul-02 PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT E

# ACORD BUSINESS AUTO SECTION

**OP ID:** C1  
**DATE (MM/DD/YY):** 12/04/12

**PRODUCER**  
PHONE (A/C, No, Ext): 205-823-2300  
FAX NO. (A/C, No, Ext): 205-822-0241  
Clark Associates Inc.  
2229 Rocky Ridge Rd.  
Birmingham, AL 35216  
Royal R. Glasscock

**CODE:** ____ **SUB CODE:** ____  
**AGENCY CUSTOMER ID:** PWALD-1

**APPLICANT (First Named Insured):** Piggly Wiggly Alabama

**EFFECTIVE DATE:** 08/01/11  
**EXPIRATION DATE:** 08/01/12  
**DIRECT BILL:** ☐  **AGENCY BILL:** X  
**PAYMENT PLAN:** 25% + 10  
**AUDIT:**

## COVERAGES/LIMITS

| COVERAGES | COVERED AUTO SYMBOLS | LIMITS | | COVERAGES | COVERED AUTO SYMBOLS | LIMITS |
|---|---|---|---|---|---|---|
| LIABILITY | X 1, 2, 3, 4, X 8, X 9 | X CSL BI EA PER $ 1,000,000 / BI EACH ACCIDENT $ / PROPERTY DAMAGE $ | | RENTAL REIMBU | ALL VEH | $75.00 PER DAY |
| PERSONAL INJURY PROTECTION | 5, 7 | OR EQUIVALENT NO-FAULT COVERAGE DEDUCTIBLE $ | | FELLOW EMPL | ALL VEH | $1,000,000 LIM |
| ADDITIONAL P.I.P. | 5, 7 | TOTAL W/C $ / $ M/E $ | | TOWING & LABOR | 3, 7 | $ |
| MEDICAL PAYMENTS | X 2, 3, 4, 7, 8 | EACH PERSON $ 5,000 | | COMPREHENSIVE | 2, 3, 4, 7, 8 | |
| UNINSURED MOTORIST | X 2, 3, 4, 6, 7 | X CSL BI EA PER $ 100,000 / BI EACH ACCIDENT $ / PROPERTY DAMAGE $ | | SPECIFIED CAUSES OF LOSS | 2, 3, 4, 7, 8 | |
| UNDERINSURED MOTORIST | X 2, 3, 4, 6, 7 | X CSL BI EA PER $ 100,000 / BI EACH ACCIDENT $ / PROPERTY DAMAGE $ | | COLLISION | 2, 3, 4, 7, 8 | |
| HIRED/BORROWED LIABILITY | STATES AL GA TN FL MS | COST OF HIRE $ / X IF ANY BASIS | | HIRED PHYSICAL DAMAGE | STATES AL MS GA TN FL | # DAYS / # VEH / COVERAGE/DEDUCTIBLE: X COMP $ 1,000 / SPEC C OF L $ / X COLL $ 1,000 |
| NON-OWNED LIABILITY | STATES AL GA TN FL MS | GROUP TYPE: X EMPLOYEES / VOLUNTEERS / PARTNERS — NUMBER OF 250 | | | COVERAGE IS: X PRIMARY / SECONDARY | |

**ENDORSEMENTS, FORMS, CONDITIONS**  
PIP Per/Acc Limits:

**COVERED AUTO SYMBOLS:**  
(1) ANY AUTO  
(2) ALL OWNED AUTOS  
(3) OWNED PRIVATE PASSENGER AUTOS  
(4) OWNED AUTOS OTHER THAN PRIVATE PASSENGER  
(5) ALL OWNED AUTOS WHICH REQUIRE NO-FAULT COVERAGE  
(6) OWNED AUTOS SUBJECT TO COMPULSORY U.M LAW  
(7) AUTOS SPECIFIED ON SCHEDULE  
(8) HIRED AUTOS  
(9) NON-OWNED AUTOS

## DRIVER INFORMATION (include drivers who frequently use own vehicles)

| DRIVER # | NAME (include address, if required) | DATE OF BIRTH | YEAR LIC | DRIVERS LICENSE NUMBER / SOCIAL SECURITY NUMBER | STATE LIC | USE VEH # | % USE |
|---|---|---|---|---|---|---|---|
| 001 | SEE LIST On Document | | | | | | |

## VEHICLE DESCRIPTION

| VEH # | YEAR | MAKE | BODY TYPE | SYM/AGE | COST NEW |
|---|---|---|---|---|---|
| 001 | | FLEET / MODEL: AUTOMATIC | V.I.N.: SEE AUTO SCHEDULE DOCUMENT | | $ |

| CITY, STATE, ZIP WHERE GARAGED | TERR | GVW/GCW | CLASS | SIC | FACTOR | SEAT CF | RADIUS | FARTHEST TERM |
|---|---|---|---|---|---|---|---|---|

**DRIVE TO WORK/SCHOOL:** UNDER 15 MILES / 15 MILES OR OVER  
**USE:** PLEASURE / FARM  
**COMM'L:** RETAIL / SERVICE  
**CHECK COVERAGES:** X LIAB / MED PAY / X PIP / ADD'L PIP X / UNDRINS MOTOR / TOWING & LABOR / X UNINS MOTOR / SPEC C OF L  
F / FT / FTW  
**LSP / COMP / COLL** $  
**DEDUCTIBLES:** X ACV / AA / ST AMT  
X COMP / $ VRS / $ VRS  
SPEC C OF L / COLL

ACORD 127 (2/95)      PLEASE COMPLETE REVERSE SIDE      © ACORD CORPORATION 1993

PWALD-1  OP ID: C1

## VEHICLE DESCRIPTION (continued)

| VEH # | YEAR | MAKE | MODEL | BODY TYPE | V.I.N. | SYM/AGE | COST NEW |
|---|---|---|---|---|---|---|---|
|  | ADD | Various / PPT's and | | Trailers | | | $ |

CITY, STATE, ZIP WHERE GARAGED | TERR | GVW/GCW | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM

DRIVE TO WORK/SCHOOL: UNDER 15 MILES / 15 MILES OR OVER
USE: PLEASURE / FARM
COMM'L: RETAIL / SERVICE
CHECK COVERAGES: LIAB / PIP
ADD'L PIP / MED PAY / UNINS MOTOR / UNDRINS MOTOR / TOWING & LABOR / SPEC C OF L
F / FT / FTW
LSP / COMP / COLL
DEDUCTIBLES: AA / ST AMT / $
ACV / COMP / SPEC C OF L / COLL

(Vehicle rows 2, 3, 4 blank — same structure repeated)

### ADDITIONAL INTERESTS/CERTIFICATE RECIPIENTS (ATTACH acord 45 FOR ADDITIONAL NAMES)

| INTEREST | RANK: 001 | NAME AND ADDRESS | REFERENCE #: | X CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| X ADDITIONAL INSURED | | Transportation Support, Inc. | | TRANS02 | LOCATION: / BUILDING: |
| □ LOSS PAYEE | | | | | VEHICLE: / BOAT: |
| □ MORTGAGEE | | Jim Henderson | | | SCHEDULED ITEM NUMBER: |
| □ LIENHOLDER | | 721 Gadsden Highway | | | OTHER All Vehicl |
| □ EMPLOYEE AS LESSOR | | Birmingham, AL 35235 | | | |

ITEM DESCRIPTION: Liability Only (lease drivers only)

### GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES

| # | Question | YES | NO |
|---|---|---|---|
| 1. | WITH THE EXCEPTION OF ENCUMBRANCES, ARE ANY VEHICLES NOT SOLELY OWNED BY AND REGISTERED TO THE APPLICANT? | | X |
| 2. | DO OVER 50% OF THE EMPLOYEES USE THEIR AUTOS IN THE BUSINESS? | | X |
| 3. | IS THERE A VEHICLE MAINTENANCE PROGRAM IN OPERATION? | X | |
| 4. | ARE ANY VEHICLES LEASED TO OTHERS? | | X |
| 5. | ARE ANY VEHICLES CUSTOMIZED, ALTERED OR HAVE SPECIAL EQUIPMENT? | X | |
| 6. | ARE ICC, PUC OR OTHER FILINGS REQUIRED? | | X |
| 7. | DO OPERATIONS INVOLVE TRANSPORTING HAZARDOUS MATERIAL? | | X |
| 8. | ANY HOLD HARMLESS AGREEMENTS? | | X |
| 9. | ANY VEHICLES USED BY FAMILY MEMBERS? IF SO, IDENTIFY IN REMARKS. | | X |
| 10. | DOES THE APPLICANT OBTAIN MVR VERIFICATIONS? | | X |
| 11. | DOES THE APPLICANT HAVE A SPECIFIC DRIVER RECRUITING METHOD? | | X |
| 12. | ARE ANY DRIVERS NOT COVERED BY WORKERS COMPENSATION? | | X |
| 13. | ANY VEHICLES OWNED BUT NOT SCHEDULED ON THIS APPLICATION? | | X |
| 14. | ANY DRIVERS WITH MOVING TRAFFIC VIOLATIONS? | | X |

DESCRIPTION OF GARAGE/STORAGE LOCATIONS

MAXIMUM DOLLAR VALUE SUBJECT TO LOSS

REMARKS: Vehicle Schedule is on Document shown as 2-15-07 Auto Schedule - 2006
Rating based on 167 Trailers  52 PPT and 98 Tractors

### UNINSURED AND UNDERINSURED MOTORISTS COVERAGES (Check the appropriate box(es) below and sign where applicable)

DO NOT USE IN AR, AZ, CA, CT, DE, FL, GA, IA, IL, MD, NJ, NV, OK, OR, PA, RI, SC, WV; USE SPECIFIC STATE SUPPLEMENT. MINIMUM UM LIMITS REQUIRED IN DC, ME, MN, MO, VT, VA, WA, WI.

I UNDERSTAND AND ACKNOWLEDGE THAT UNINSURED MOTORIST (UM) AND UNDERINSURED MOTORISTS (UIM) COVERAGES HAVE BEEN EXPLAINED TO ME. I HAVE BEEN OFFERED THE OPTIONS OF:

[X] SELECTING UM AND UIM LIMITS EQUAL TO MY LIABILITY LIMITS, SELECTING UM AND UIM LIMITS LOWER THAN MY LIABILITY LIMITS, OR REJECTING COVERAGE ENTIRELY.

I UNDERSTAND THAT THE COVERAGE SELECTION AND LIMIT CHOICES INDICATED HERE WILL APPLY TO ALL FUTURE POLICY RENEWALS, CONTINUATIONS AND CHANGES UNLESS I NOTIFY YOU OTHERWISE IN WRITING.

1. I SELECT UM AND UIM LIMITS INDIC IN THIS APP _____ (APPLICANT'S SIGNATURE)
2. I REJECT UM BODILY INJURY COVERAGE _____ (APPLICANT'S SIGNATURE)
3. I REJECT UIM BODILY INJURY COVERAGE _____ (APPLICANT'S SIGNATURE)
4. I REJECT UM PROPERTY DAMAGE COVERAGE _____ (APPLICANT'S SIGNATURE)
5. I REJECT UIM PROPERTY DAMAGE COVERAGE _____ (APPLICANT'S SIGNATURE)

ACORD 127 (2/95)    ATTACH TO APPLICANT INFORMATION SECTION

Piggly Wiggly Alabama     PWALD-1     OP ID: C1

## ADDITIONAL VEHICLE INFORMATION

VEHICLE #     3

| VEHICLE # | Coverage | | | | | Coverage | | | |
|---|---|---|---|---|---|---|---|---|---|
| 001 | LIAB | EP | 1,000,000 EA | PD | OPT CODES: | UNINS MOTOR | EP | 100,000 EA | PD | OPT CODES: |
| | PIP | EP | EA | DED | OPT CODES: | UNDRINS MOTOR | EP | 100,000 EA | PD | OPT CODES: |
| | ADD PIP | WC | ME | TOT | OPT CODES: | TOWING & LABOR | LIMIT | | | OPT CODE: |
| | MED PAY | EA | 5,000 | | OPT CODES: | OTHER COVERAGE | | | | |
| | LIAB | EP | EA | PD | OPT CODES: | UNINS MOTOR | EP | EA | PD | OPT CODES: |
| | PIP | EP | EA | DED | OPT CODES: | UNDRINS MOTOR | EP | EA | PD | OPT CODES: |
| | ADD PIP | WC | ME | TOT | OPT CODES: | TOWING & LABOR | LIMIT | | | OPT CODE: |
| | MED PAY | EA | | | OPT CODES: | OTHER COVERAGE | | | | |
| | LIAB | EP | EA | PD | OPT CODES: | UNINS MOTOR | EP | EA | PD | OPT CODES: |
| | PIP | EP | EA | DED | OPT CODES: | UNDRINS MOTOR | EP | EA | PD | OPT CODES: |
| | ADD PIP | WC | ME | TOT | OPT CODES: | TOWING & LABOR | LIMIT | | | OPT CODE: |
| | MED PAY | EA | | | OPT CODES: | OTHER COVERAGE | | | | |
| | LIAB | EP | EA | PD | OPT CODES: | UNINS MOTOR | EP | EA | PD | OPT CODES: |
| | PIP | EP | EA | DED | OPT CODES: | UNDRINS MOTOR | EP | EA | PD | OPT CODES: |
| | ADD PIP | WC | ME | TOT | OPT CODES: | TOWING & LABOR | LIMIT | | | OPT CODE: |
| | MED PAY | EA | | | OPT CODES: | OTHER COVERAGE | | | | |
| | LIAB | EP | EA | PD | OPT CODES: | UNINS MOTOR | EP | EA | PD | OPT CODES: |
| | PIP | EP | EA | DED | OPT CODES: | UNDRINS MOTOR | EP | EA | PD | OPT CODES: |
| | ADD PIP | WC | ME | TOT | OPT CODES: | TOWING & LABOR | LIMIT | | | OPT CODE: |
| | MED PAY | EA | | | OPT CODES: | OTHER COVERAGE | | | | |
| | LIAB | EP | EA | PD | OPT CODES: | UNINS MOTOR | EP | EA | PD | OPT CODES: |
| | PIP | EP | EA | DED | OPT CODES: | UNDRINS MOTOR | EP | EA | PD | OPT CODES: |
| | ADD PIP | WC | ME | TOT | OPT CODES: | TOWING & LABOR | LIMIT | | | OPT CODE: |
| | MED PAY | EA | | | OPT CODES: | OTHER COVERAGE | | | | |

ATTACH TO COMMERCIAL BUSINESS AUTO APPLICATION

APPLIED 127COV (2006/10)