FILED
 2013 Nov-06  AM 08:42
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | )  Case No.: 2:13-cv-00607 ) |
| PIGGLY WIGGLY ALABAMA DISTRIBUTING COMPANY, INC., | ) ) ) |
| Defendant/Counterclaim Plaintiff. | ) |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) and (c), Defendant/Counterclaim Plaintiff Piggly Wiggly Alabama Distributing Co., Inc. ("Piggly Wiggly") hereby gives notice of its dismissal, *without prejudice*, of Counts Two, Three, and Four of its Counterclaim. Count One of Piggly Wiggly's Counterclaim shall remain pending.

*/s/ Alan T. Rogers*

Alan T. Rogers
arogers@balch.com
Charles A. Burkhart
cburkhart@balch.com
Christopher L. Yeilding
cyeilding@balch.com

**OF COUNSEL:**
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, AL 35201-0306
Telephone:  (205) 251-8100
Facsimile:  (205) 226-8799

        */s/ David H. Marsh*

        David H. Marsh
        dmarsh@mrblaw.com

**OF COUNSEL:**
MARSH, RICKARD & BRYAN, PC
800 Shades Creek Parkway, Suite 600D
Birmingham, AL 35209
Telephone:  (205) 879-1981
Facsimile:  (205) 879-1986

        Attorneys for Piggly Wiggly Alabama Distributing Co., Inc.

## **CERTIFICATE OF SERVICE**

I certify that on November 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. W. Anthony Davis, III
Mr. H. Thomas Wells, III
Starnes, Davis and Florie, LLP
P.O. Box 598512
Birmingham, AL 35259-8512

Mr. Christopher R. Carroll
Ms. Heather E. Simpson
Carroll, McNulty & Kull LLC
120 Mountain View Boulevard
Basking Ridge, NJ 07920

*/s/ Christopher L. Yeilding*

Of Counsel